UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEVE A. MORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV620-064 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is petitioner's Motion for Leave to Proceed in forma pauperis ("IFP"). Doc. 2. To put it succinctly, the motion is insufficient. Petitioner has partially answered some questions and declined to provide the requisite detail in others. He references an attachment which does not seem to exist, has written tenuously related questions all over his application, and contests that the Court lacks jurisdiction to inquire into the details of his financial status. In short, petitioner needs to try again. Accordingly, the Clerk of Court is **DIRECTED** to send petitioner two copies of the Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240). Petitioner is **DIRECTED** to submit a renewed application for leave to proceed IFP within forty-five days from the date of this Order. Petitioner must clearly and legibly answer the questions to the best of his ability and ensure any

supporting documents he wishes the Court to review are properly appended. Failure to return the requested form will result in a recommendation of dismissal for failure to follow a Court Order. *See L.R. 41(b); see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO ORDERED,** this 10th day of December, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA