IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEVE A. MORRIS, | ) |
| Petitioner-Appellant, | ) |
| vs. | ) Case No. CV 6:20-064 |
| STATE OF GEORGIA, | ) Appeal No. 20-14758-C |
| Respondent-Appellee. | ) |

O R D E R

The appeal in the above-styled action having been DISMISSED, sua sponte, for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this 9th day of February 2021.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA