UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEVE A. MORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV620-064 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 25, 2020, Report and Recommendation, doc. 42, to which objections have been filed, doc. 46, 47, 48, 49.[1]  Accordingly, the Report and Recommendation is **ADOPTED**, the petitioner's 28 U.S.C. § 2254 petition is **DISMISSED** as untimely and all pending motions are **DISMISSED AS MOOT**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner filed multiple additional objections out of time. Docs. 52, 53.